**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. ) <br> DAVID NISSMAN, Individually, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOUTHLAND GAMING OF THE VIRGIN ) <br> ISLANDS, INC., SOUTHLAND AMUSEMENT ) <br> AND VENDING, INC., ROBERT HUCKABEE, ) <br> III, AND JOHN DOES NOS. 1-10, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 2011-0010 |

**Attorneys:**
**David M. Nissman, Esq.,**
St. Croix, U.S.V.I.
 *For Plaintiff*

**Bennett Chan, Esq.,**
St. Thomas, U.S.V.I.
**Jason C. Hicks, Esq.,**
**Mark N. Poovey, Esq.,**
Washington, D.C.
 *For Defendants*

## ORDER

**UPON CONSIDERATION** of Defendant Southland Gaming of the Virgin Islands, Inc.'s "Motion to Dismiss and Strike" (Dkt. No. 28); Defendants Southland Amusement and Vending, Inc. and Robert Huckabee, III's "Motion to Dismiss and Strike" (Dkt. No. 30); Defendants' "Motion to Strike Plaintiff's Declaration" (Dkt. No. 40); Defendants' "Joint Motion for Hearing" (Dkt. No. 43); the parties' respective Oppositions and Replies (Dkt. Nos. 37, 42, 44, 45), and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Defendant Southland Gaming of the Virgin Islands, Inc.'s "Motion to Dismiss and Strike" (Dkt. No. 28) is **GRANTED** as it relates to subject matter jurisdiction (Federal Rule of Civil Procedure 12(b)(1)) and **DENIED** as it relates to striking the Complaint (Federal Rule of Civil Procedure 12(f)); and it is further

**ORDERED** that Defendants Southland Amusement and Vending, Inc. and Robert Huckabee, III's "Motion to Dismiss and Strike" (Dkt. No. 30) is **GRANTED** as it relates to subject matter jurisdiction (Federal Rule of Civil Procedure 12(b)(1)) and **DENIED** as it relates to striking the Complaint (Federal Rule of Civil Procedure 12(f)); and it is further

**ORDERED** that Defendants' "Motion to Strike Plaintiff's Declaration" (Dkt. No. 40) is **DENIED, including for MOOTNESS**; and it is further

**ORDERED** that Defendants' "Joint Motion for Hearing" (Dkt. No. 43) is **DENIED**; and it is further

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

**SO ORDERED**.

Date: March 31, 2016              _____/s/_____
                                  WILMA A. LEWIS
                                  Chief Judge